IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LEROY JENKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **05-189 - JPG** |
| | ) | |
| **FAISAL AHMED,** | ) | |
| **JOSEPH ANYANWU,** | ) | |
| **and PAM GRUBMAN ,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendant Ahmed's Motion for Leave to File Answer Instanter **(Doc. 46)** is **GRANTED**.

Defendant shall electronically file his answer on or before **May 29, 2007.**

**IT IS SO ORDERED.**

**DATED: May 21, 2007.**

s/ Clifford J. Proud<br>
**CLIFFORD J. PROUD**<br>
**U. S. MAGISTRATE JUDGE**