UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEROY JENKINS,

    Plaintiff,

    v.

FAISA AHMED, JOSEPH ANYANWU,
and PAM GRUBMAN,

    Defendants.

Case No. 05-cv-189-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered for the Defendants, Faisa Ahmed, Joseph Anyanwu, and Pam Grubman, and against the Plaintiff, Leroy Jenkins, on all claims and that this case is dismissed with prejudice.

**DATED: December 5, 2007**　　　　　　　　　　　NORBERT JAWORSKI


　　　　　　　　　　　　　　　　　　　　　　　　　s/Brenda K. Lowe, Deputy Clerk


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**